DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIRCHO MURDJEFF** and
**EL DIABLO ENTERPRIZE CORPORATION,**
Appellants,

v.

**THE BANK OF NEW YORK** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-HY4),**
Appellee.

No. 4D17-2759

[August 9, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE10014628.

Theresa B. Edwards and David F. Edwards of American Justice, P.A., Fort Lauderdale, for appellants.

Ileen J. Cantor and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***